UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

FILED
HARRISBURG, PA
APR 0 4 2019

## PETITION

I __Karen Hoffmann__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Aldea - The People's Justice Center

532 Walnut Street

Reading, PA 19601

Office Telephone:   412-916-4509

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Pennsylvania
~~05/18/2017~~

District of Colorado 09/06/2018

My attorney Identification number is: __PA323622__

| FOR COURT USE ONLY |
| --- |
| ____ GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____   Date: _____ |
| ✓ SPECIAL ADMISSION: |
| GRANTED BY THE COURT _Schwab_   Date: 4/3/19 |