IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEYDI LISSETH HERRERA REYES, | : | CIVIL NO.: 1:19-CV-00569 |
| | : | |
| Petitioner, | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| CLAIR DOLL, *et al.*, | : | |
| | : | FILED |
| Respondents. | : | HARRISBURG, PA |
| | | APR 0 4 2019 |

### Acknowledgement of Service on the United States Attorney

Pursuant to the Thirty-Second Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(i), I ☒ Susan Melendez; ☐ Stephanie Seto; ☐ Cindy Long; ☐ Amanda Endy acknowledge receipt of the following documents:

Order to Show Cause dated April 4, 2019 and Petition for Writ of Habeas Corpus

___4/4/19_____         ___[signature]_____
April 4, 2019                                          Signature


I Kate Toth, Deputy Clerk, certify that I served the above listed documents on the signed recipient on April 4, 2019.